IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JANIE MARIE BROCK,  )
  )
    Plaintiff,  ) Case No. 1:14-cv-00044
  ) Senior Judge Haynes
v.  )
  )
CAROLYN W. COLVIN,  )
Acting Commissioner of Social Security,  )
  )
    Defendant.  )

# ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment on the record (Docket Entry No. 12) is **DENIED**, and the Commissioner's decision is **AFFIRMED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 2nd day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge